UNITED STATES of America

v.

Sean Michael GRIER, Appellant.

No. 05–1698.

United States Court of Appeals,
Third Circuit.

July 19, 2006.

Christian A. Fisanick, Office of United States Attorney, Scranton, PA, Theodore B. Smith, III, Eric Pfisterer, Kimberly A. Kelly, Office of United States Attorney, Harrisburg, PA, for United States of America.

Ronald A. Krauss, Office of Federal Public Defender, Harrisburg, PA, for Appellant.

Present SCIRICA, Chief Judge, SLOVITER, McKEE, RENDELL, BARRY, AMBRO, FUENTES, SMITH, FISHER, VAN ANTWERPEN, and CHAGARES, Circuit Judges.

### ORDER

SCIRICA, Chief Judge.

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ordered that the petition for rehearing is GRANTED. The Clerk of this Court shall list the case for rehearing *en banc* at the convenience of the Court. The opinion and judgment entered June 7, 2006 and June 6, 2006, respectively are hereby vacated.